# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

L<small>ARRY</small> L<small>EE</small>,    Case No.    09-12471

        Plaintiff,    Honorable Arthur J. Tarnow

v.

W<small>ASHTENAW</small> C<small>OUNTY</small> et al.,

        Defendants.

_____/

### O<small>RDER</small> D<small>ENYING</small> D<small>EFENDANTS'</small> M<small>OTIONS FOR</small> S<small>UMMARY</small> J<small>UDGMENT</small> [72]

Before the Court is Defendants' Motion for Summary Judgment [72]. This matter came on for a hearing on May 2, 2011.

For the reasons stated on the record and in the briefs,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment [72] is **DENIED**.

**SO ORDERED**.

                              S/ARTHUR J. TARNOW
                              Arthur J. Tarnow
                              Senior United States District Judge

Dated: May 4, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 4, 2011, by electronic and/or ordinary mail.

                              S/MICHAEL L. WILLIAMS
                              Relief Case Manager